No. 10–8879.  LANE v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 10–8880.  REDMOND v. SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY.  C. A. 3d Cir.  Certiorari denied.

No. 10–8886.  PERRY v. BUSS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 10–8891.  HARPER v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 10–8893.  GREEN v. PALMER, WARDEN.  Sup. Ct. Nev.  Certiorari denied.

No. 10–8896.  HALLEY v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 10–8902.  BROWN v. BODISON, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 10–8904.  GATTIS v. SNYDER, WARDEN.  C. A. 3d Cir.  Certiorari denied.

No. 10–8909.  FLOR v. PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 10–8914.  JONES v. CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION.  C. A. 9th Cir.  Certiorari denied.

No. 10–8917.  QUINONEZ v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 10–8919.  McCOO v. WASHINGTON.  Ct. App. Wash.  Certiorari denied.

No. 10–8922.  NIFAS v. WETZEL, ACTING SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 3d Cir.  Certiorari denied.